UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CR93SNL(AGF) |
| ) | |
| TIMMY JONES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On January 27, 2006 this court ordered that defendant be examined to determine whether he is competent to stand trial and whether he was insane at the time of the charged offenses. Pursuant to correspondence from R.T. Luna, Warden of the Federal Metropolitan Correctional Center in San Diego, the deadline for reports from the forensic psychologist is extended to **April 15, 2006.**

                                              /s/Mary Ann L. Medler
                                              MARY ANN L. MEDLER
                                              UNITED STATES MAGISTRATE JUDGE

Dated this   14th   day of March, 2006.

cc:    R. T. Luna, Warden